MARVETTA L. DEAL, )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )   Civil Action No. 07-990
                                       )
MICHAEL J. ASTRUE,                     )
COMMISSIONER OF SOCIAL SECURITY,       )
                                       )
            Defendant.                 )

## O R D E R

AND NOW, this _____day of _____, 2008, upon

consideration of the parties' cross-motions for summary judgment,

the Court, upon review of the Commissioner of Social Security's

final decision, denying plaintiff's claim for disability insurance

benefits under Subchapter II of the Social Security Act, 42 U.S.C.

§401, et seq., and denying plaintiff's claim for supplemental

security income benefits under Subchapter XVI of the Social Security

Act, 42 U.S.C. §1381, et seq., finds that the Commissioner's

findings are supported by substantial evidence and, accordingly,

affirms. See 42 U.S.C. §405(g); Jesurum v. Secretary of U.S.

Department of Health & Human Services, 48 F.3d 114, 117 (3d Cir.

1995); Williams v. Sullivan, 970 F.2d 1178, 1182 (3d Cir. 1992),

cert. denied sub nom., 507 U.S. 924 (1993); Brown v. Bowen, 845 F.2d

1211, 1213 (3d Cir. 1988). See also Berry v. Sullivan, 738 F. Supp.

942, 944 (W.D. Pa. 1990) (if supported by substantial evidence, the

Commissioner's decision must be affirmed, as a federal court may neither reweigh the evidence, nor reverse, merely because it would have decided the claim differently) (citing Cotter v. Harris, 642 F.2d 700, 705 (3d Cir. 1981)).

Therefore, IT IS HEREBY ORDERED that plaintiff's Motion for Summary Judgment (document No. 8) is DENIED and defendant's Motion for Summary Judgment (document No. 10) is GRANTED.

United States District Judge
(for Judge Alan N. Bloch)

ecf:    Counsel of record